MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT OF
COMMERCE, COMMUNITY AND
ECONOMIC DEVELOPMENT, DIVISION
OF INVESTMENTS

*versus*

F/V LABRADOR,
Official Number 927,658
In Rem; EDWIN H. LAITY
In Personam,

Case No. 1:12-cv-0012 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Roberts' Report and Recommendation on Plaintiff's Motion for Default Judgment (Docket No. 49), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Plaintiff's Motion for Default Judgment, (Docket 24), is GRANTED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 1, 2013