# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF ECONOMIC DEVELOPMENT,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>F/V LABRADOR,<br>Official Number 927,658<br>In Rem; EDWIN H. LAITY<br>In Personam,<br><br>　　　　　　　Defendants. | 1:12-cv-00012-TMB -JDR<br><br>**ORDER CONFIRMING THE SALE OF THE LABRADOR**<br><br>(Docket No. 63) |

　　　　Plaintiff State of Alaska, Department of Commerce, Community and Economic Development, Division of Economic Development, has moved for confirmation of the sale of the defendant vessel LABRADOR. The vessel was sold by the United States Marshal at public auction on April 23, 2013, at Sitka, Alaska, pursuant to the court's order of April 2, 2013. The vessel was sold to John McLean for $ 88,000.00.

No person having appeared or opposed confirmation of the sale within the time provided by Local Admiralty Rule (e)-14(h), and the court being fully advised, IT IS ORDERED that:

1. The sale of the vessel LABRADOR to John McLean for $ 88,000.00 is confirmed; and

2. The United States Marshal is directed to issue an appropriate Bill of Sale and transfer custody of the vessel to John McLean.

IT IS SO ORDERED.

DATED this __1__ day of May, 2013, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge